In The Court Of Appeals
Third Judicial District
Sitting At Austin, Texas

FILED
October 12, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

James Eric Grant

V.

The State Of Texas

Appellant's extention of time to file a response for direct Appeal.

Now Comes James Eric Grant, Appellant, TDCJ No. 01936588, Darrington Unit, 59 Darrington Rd., Rosharon, Texas 77583 And respectfully Asks this Honorable Court to grant him An extention of time to prepare the brief. Please allow me 30 days extention. My date is October. 12, 2015.

Respectfully,

James Grant

James E. Grant
TDCJ No. 01936588
Darrington Unit
59 Darrington Rd
Rosharon, Tx. 77583

RECEIVED
OCT 1 2 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Mr. James Grant
1936588
59 Darrington Rd - TC/1-37
Rosharon, Texas 77583

Legal Mail

HOUSTON TX
05 OCT 2015 PM 2 L

Jeffrey D. Kyle
Clerk, Third Court of Appeals
209 W. 14th St, Rm. 101
Austin, Texas

78701161495